# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No.: 2:19-CR-94 |
| | ) |
| TIFFANY JEAN FRYE | ) |

## PROTECTIVE ORDER FOR DISCOVERY DISCLOSURE

This matter came before the Court upon motion of the United States for entry of a Protective Order pursuant Federal Rules of Criminal Procedure 16(d). The Court finds that the documents to be made available to Defendant by the United States as discovery and in preparation for trial in this case contain confidential information protected by Rule 49.1 of the Federal Rules of Criminal Procedure. That information includes dates of birth, home addresses, Social Security numbers, financial records, and documents containing other personal identifying information.

Pursuant to Federal Rule of Criminal Procedure Rule 16(d), **IT IS HEREBY ORDERED AS FOLLOWS**:

1. Before defense counsel disseminates or otherwise discloses to any person, including the attorney's client, any discovery material or other information that contains confidential information, the attorney shall redact that information from any copies, and shall not otherwise disclose that confidential or personal identifying information. Notwithstanding the foregoing, the attorney may provide unredacted copies or otherwise disclose such information to investigators or experts retained by the attorney, although the attorney shall unequivocally instruct those individuals that they are no less subject to this protective order than is the attorney.

2. If the attorney believes it necessary to furnish unredacted copies of discovery to anyone else, or to otherwise disclose confidential or personal identifying information as described in Rule 49.1 to any other person, the attorney shall file a motion with this court requesting permission to do so, and

only after giving the person whose confidential information would be disclosed notice of the motion and date it will be presented to the judge.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge

APPROVED FOR ENTRY:

J. DOUGLAS OVERBEY
United States Attorney

By: /s *B. Todd Martin*
 B. TODD MARTIN
 Assistant U.S. Attorney